UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS FULLER #211080,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Hon. Ray Kent

Case No. 1:23-cv-224

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Curtis Fuller has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Complaint – ECF No. 1

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Curtis Fuller files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  March 6, 2023
slk

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS FULLER #211080,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Hon. Ray Kent

Case No. 1:23-cv-224

**SIGNATURE PAGE FOR:**

Complaint – ECF No. 1

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.